## United States District Court for the Northern District of Illinois

Case Number: 08CV4998          Assigned/Issued By: DAJ

Judge Name: MAROVICH          Designated Magistrate Judge: NOLAN

### FEE INFORMATION

Amount Due:   [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00          Receipt #: 3072350

Date Payment Rec'd: 09/03/08          Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

  2  Original and   0   copies on  09/03/08   as to DEF'S. _____
                                   (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05